B5 (Official Form 5) (12/07)   FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Middle District of Florida - Orlando Division | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Darren M. Brewer** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.)<br>**xxx-xx-6458** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**4025 Bermuda Grove Place**<br>**Longwood, FL 32779** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Seminole** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts<br>(Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>■ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

Name of Debtor **Darren M. Brewer**

B5 (Official Form 5) (12/07) - Page 2        Case No._____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_____
Signature of Petitioner or Representative (State title)

**Insight Technology, Inc.**
Name of Petitioner                                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**Gary Aliengena**
**c/o Transportation Staffing Services**
**PO Box 100**
**870 S 300 W**
**Heber City, UT 84032-2425**

X_____ Date
Signature of Attorney

_____
Name of Attorney Firm (If any)

_____
Address
Telephone No._____

X_____
Signature of Petitioner or Representative (State title)

_____  _____
Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X_____ Date
Signature of Attorney

_____
Name of Attorney Firm (If any)

_____
Address
Telephone No._____

X_____
Signature of Petitioner or Representative (State title)

_____  _____
Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X_____ Date
Signature of Attorney

_____
Name of Attorney Firm (If any)

_____
Address
Telephone No._____

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Insight Technology, Inc.<br>c/o Transportation Staffing Services<br>PO Box 100<br>870 S 300 W<br>Heber City, UT 84032-2425 | Judgment: $1,045,000; Post Judgment Interest to 3/25/11:$139,165.37; Attorney fees: $355,000.00; Proceeds from sale: ($299.00) | 1,538,866.37 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>**1,538,866.37** |

_____0_____ continuation sheets attached

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor  **Darren M. Brewer**
Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X_____<br>Signature of Petitioner or Representative (State title) | X_____<br>Signature of Attorney                      Date |
| **Insight Technology, Inc.**<br>Name of Petitioner         Date Signed | **Gregory D. Ellis**<br>Name of Attorney Firm (If any) |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | **Gary Aliengena**<br>**c/o Transportation Staffing Services**<br>**PO Box 100**<br>**870 S 300 W**<br>**Heber City, UT 84032-2425** | **Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.**<br>**3343 Peachtree Road, N.E., Ste.**<br>**Atlanta, GA 30326**<br>Address<br>Telephone No.   **404-262-7373** |

| | |
|---|---|
| X_____<br>Signature of Petitioner or Representative (State title) | X_____<br>Signature of Attorney                      Date |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address<br>Telephone No._____ |

| | |
|---|---|
| X_____<br>Signature of Petitioner or Representative (State title) | X_____<br>Signature of Attorney                      Date |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address<br>Telephone No._____ |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Insight Technology, Inc.<br>c/o Transportation Staffing Services<br>PO Box 100<br>870 S 300 W<br>Heber City, UT 84032-2425 | Judgment: $1,045,000; Post Judgment Interest to 3/28/11:$139,591.39; Attorney fees: $355,000.00; Proceeds from sale: ($299.00) | 1,539,292.39 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
**1,539,292.39**

_____0_____ continuation sheets attached

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                          Case No. _____

**DARREN M. BREWER,**

    Debtor.
_____/

### CERTIFICATE OF FILING

I, Roy S. Kobert, do hereby confirm that I am the custodian in possession of the original signatures to the Involuntary Petition and am performing the ministerial tasks of filing this document utilizing my CM/ECF password, and have agreed that if counsel to the involuntary petitioner is subsequently admitted to appear *pro hac vice*, I will serve as his local counsel.

    BROAD AND CASSEL
    390 North Orange Avenue, 14th Floor
    Orlando, Florida 32801
    PO Box 4961 (32802-4961)
    Phone: (407) 839-4200

    By: ___/s/ Roy S. Kobert___
        Roy S. Kobert, P.A.
        Florida Bar #: 777153
        rkobert@broadandcassel.com