UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

DARREN M. BREWER,

Debtor.
_____/

Case No. 6:11-bk-04174-KSJ

Chapter 11

### FIRST AMENDMENT TO INVOLUNTARY PETITION

COMES NOW, Insight Technology, Inc. ("Petitioner") and amends its involuntary petition filed March 25, 2011 as a matter of right pursuant to Federal Rule of Bankruptcy Procedure 7015 as made applicable by Federal Rule of Bankruptcy Procedure 1018 as follows:

1. Petitioner amends the involuntary petition to clarify that Mr. Gary Aliengena signed the petition in his capacity as President of Insight Technology, Inc. as evidenced by the Certificate of Incumbency and Ratification of Authorization of Petition attached hereto as Exhibit "A".

2. Petitioner amends the involuntary petition to clarify the nature of the claim by attaching a copy of the judgment and order on Plaintiff's Motion for Entry of Judgment on Jury Verdict and Defendant's Cross Motion for Entry of Judgment on Jury Verdict as Exhibit "B".

3. Petitioner amends the involuntary petition to change the amount of its claim on the date of filing from $1,538,866.37 to $1,144,174.97.

Dated: April 29, 2011.

345514.doc

Petitioner declares under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

_____
Gary Aliengena, President

| Insight Technology, Inc. | 4/29/2011 |
|---|---|
| Name of Petitioner | Date Signed |

_____  4/29/11
Signature of Attorney      Date Signed

<u>Gregory D. Ellis</u>
Name of Attorney
Georgia Bar No. 245310, admitted *pro hac vice*

Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.
3343 Peachtree Road, N.E., Ste. 550
Atlanta, Georgia 30326

Telephone No. <u>(404) 262-7373</u>

345514.doc

_____        4/29/11
Signature of Attorney            Date Signed

Roy S. Kobert
Name of Attorney

Broad and Cassel
390 North Orange Avenue
14th Floor
Orlando, Florida 32801

Telephone No. (407) 839-4200

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 29, 2011, I served a true and correct copy of the foregoing **FIRST AMENDMENT TO INVOLUNTARY PETITION** via CM/ECF service to all persons receiving electronic notice, and by U.S. Mail to Darren M. Brewer, 4025 Bermuda Grove Place, Longwood, Florida 32779.

                                             /s/ *Roy S. Kobert*
                                             Roy S. Kobert, P.A.

# EXHIBIT "A" FOLLOWS

## CERTIFICATE OF INCUMBENCY AND
## RATIFICATION OF AUTHORIZATION OF PETITION

I, the undersigned, Gary Aliengena, do hereby certify that I am the duly elected and acting Secretary of INSIGHT TECHNOLOGY, INC., a Delaware corporation (the "Corporation").

I do further hereby certify that the persons named below are the duly elected officers of the Corporation to serve in the capacities set forth opposite their names, and that they continue to hold these offices at the present time.

| Name | Office |
|---|---|
| Gary Aliengena | President<br>Chief Financial Officer<br>Secretary |

I further declare under penalty of perjury that I signed the Involuntary Petition filed on March 25, 2011 in Case No. 6:11-bk-04174-KSJ, United States Bankruptcy Court for the Middle District of Florida, Orlando Division, styled *In re Darren Brewer*, (the "**Petition**"), a true and correct copy of which is attached hereto, in my capacity as President of the Corporation.

I further declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief

Executed as of April 29, 2011.

_____
Gary Aliengena, Secretary

Sworn to and subscribed before me
this 29 day of April 2011.

_____
Notary Public
My commission expires: June 9, 2012



NOTARY PUBLIC
SUSAN L JORGENSEN
20 PAYDAY DRIVE
PARK CITY, UT 84060
COMMISSION EXPIRES
JUNE 9, 2012
STATE OF UTAH

B5 (Official Form 5) (12/07)                    FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Middle District of Florida - Orlando Division | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>Darren M. Brewer | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|

Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN
(If more than one, state all.)
xxx-xx-6458

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>4025 Bermuda Grove Place<br>Longwood, FL 32779 | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|

COUNTY OF RESIDENCE OR
PRINCIPAL PLACE OF BUSINESS
Seminole

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7   ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>■ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor __Darren M. Brewer__
Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_
Signature of Petitioner or Representative (State title)

Name of Petitioner: **Insight Technology, Inc.**   Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**Gary Aliengena**
**c/o Transportation Staffing Services**
**PO Box 100**
**870 S 300 W**
**Heber City, UT 84032-2425**

X _____
Signature of Attorney   Date

Name of Attorney Firm (If any)

Address
Telephone No.

---

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner   Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney   Date

Name of Attorney Firm (If any)

Address
Telephone No.

---

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner   Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney   Date

Name of Attorney Firm (If any)

Address
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Insight Technology, Inc.<br>c/o Transportation Staffing Services<br>PO Box 100<br>870 S 300 W<br>Heber City, UT 84032-2425 | Judgment: $1,045,000; Post Judgment Interest to 3/25/11:$139,165.37; Attorney fees: $355,000.00; Proceeds from sale: ($299.00) | 1,538,866.37 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims   **1,538,866.37**

____0____ continuation sheets attached

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor: __Darren M. Brewer__
Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| X_____ | X _/s/ illegible signature_____ Date |
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| Insight Technology, Inc. | Gregory D. Ellis |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Gary Aliengena c/o Transportation Staffing Services PO Box 100 870 S 300 W Heber City, UT 84032-2425 | Lamberth, Cifelli, Stokes, Ellis & Nason, P.A. 3343 Peachtree Road, N.E., Ste. Atlanta, GA 30326 Address Telephone No.  404-262-7373 |

| X_____ | X_____ Date |
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address Telephone No. |

| X_____ | X_____ Date |
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Insight Technology, Inc. c/o Transportation Staffing Services PO Box 100 870 S 300 W Heber City, UT 84032-2425 | Judgment: $1,045,000; Post Judgment Interest to 3/28/11: $139,591.39; Attorney fees: $355,000.00; Proceeds from sale: ($299.00) | 1,539,292.39 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims  **1,539,292.39**

___0___ continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                          Case No. _____

DARREN M. BREWER,

    Debtor.
_____/

### CERTIFICATE OF FILING

I, Roy S. Kobert, do hereby confirm that I am the custodian in possession of the original signatures to the Involuntary Petition and am performing the ministerial tasks of filing this document utilizing my CM/ECF password, and have agreed that if counsel to the involuntary petitioner is subsequently admitted to appear *pro hac vice*, I will serve as his local counsel.

BROAD AND CASSEL
390 North Orange Avenue, 14th Floor
Orlando, Florida 32801
PO Box 4961 (32802-4961)
Phone: (407) 839-4200

By:    */s/ Roy S. Kobert*
     Roy S. Kobert, P.A.
     Florida Bar #: 777153
     rkobert@broadandcassel.com

# EXHIBIT "B" FOLLOWS

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

INSIGHT TECHNOLOGY, INC.,

    Plaintiff,

v.

DARREN BREWER,

    Defendant.

CIVIL ACTION

FILE NO. 04-A-02940-9

## ORDER ON PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT ON JURY VERDICT AND DEFENDANT'S CROSS MOTION FOR ENTRY OF JUDGMENT ON JURY VERDICT

Plaintiff's Motion and Defendant's Cross Motion for Entry of Judgment on Jury Verdict having come before this Court for hearing on June 11, 2007 and the Court, having reviewed the record and considered the briefs and oral argument of counsel for both Plaintiff Insight Technology, Inc. and Defendant Darren Brewer, makes the following Findings of Fact:

The court finds that at the trial of this case, the jury awarded Plaintiff Insight Technology, Inc. damages against Defendant Darren Brewer as follows: compensatory damages of $395,000, punitive damages of $625,000 and attorneys' fees based upon a finding of bad faith in an amount to be later determined by this Court. The Court further finds that Defendant Brewer's former co-defendants settled with the Plaintiff prior to trial by agreeing to pay Plaintiff the sum of $1,700,000 ("the Settlement").

On June 6, 2007, Plaintiff filed its Motion for Entry of Judgment on Jury Verdict. Plaintiff contends that while Defendant Brewer is entitled to credit the $1,700,000 settlement made by his former co-defendants with the Plaintiff against the compensatory damages awarded by the jury, he is not entitled to credit the Settlement against the punitive damages or attorneys'

1

fees awarded by the jury. Defendant Brewer timely filed a Cross-Motion for Entry of Judgment on Jury Verdict in which he argues that the Settlement should be credited against the punitive damages and attorneys' fees awards as well as against the compensatory damages award. Based on the foregoing, the Court makes the following Conclusions of Law:

The Court finds that the $1,700,000 settlement between Defendant Brewer's former co-defendants and the Plaintiff should be credited against the compensatory damages awarded by the jury. The Court further finds that the settlement amount of $1,700,000 should not be credited against the punitive damages or the attorneys' fees awarded by the jury.

Therefore, it is hereby ORDERED that Plaintiff's Motion for Entry of Judgment on Jury Verdict is GRANTED; it is further ORDERED that Defendant's Cross-Motion for Entry of Judgment on Jury Verdict is DENIED.

The Court has approached the question of plaintiffs' attorney fees by reviewing the provided invoices, considering the comments of counsel and taking into account the jury's verdict in all its particulars, and assesses attorney fees in the amount of $355,000.00.

SO ORDERED this 18th day of July, 2008.

TOM DAVIS, Judge
Superior Court of Gwinnett County

cc: counsel and pro se parties, if any

2

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| INSIGHT TECHNOLOGY, INC., | ) | CIVIL ACTION |
| | ) | FILE NO. 04-A-02940-9 |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DARREN BREWER, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

This action came on for trial before the court and a jury, Honorable Tom Davis, presiding, and the issue having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff Insight Technology, Inc. recover of the defendant Darren Brewer the sum of $395,000.00 in damages and $650,000.00 in punitive damages, with interest thereon at the rate of percent as provided by law.

The Court has approached the question of plaintiffs' attorney fees by reviewing the provided invoices, considering the comments of counsel and taking into account the jury's verdict in all its particulars, and assesses attorney fees in the amount of $355,000.00.

SO ORDERED this 18th day of July, 2008.

_____
TOM DAVIS, Judge
Superior Court of Gwinnett County

cc: counsel and pro se parties, if any