UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| DARREN M. BREWER, ) | Case No.  6:11-bk-04174-KSJ |
| ) | Chapter 7 |
| Debtor[s]. ) | |
| ) | |

ORDER GRANTING DEBTOR'S
MOTION TO DISMISS AMENDED INVOLUNTARY BANKRUPTCY

This case came on for hearing on July 13, 2011, and October 20, 2011, on the debtor's Motion to Dismiss Amended Involuntary Bankruptcy (the "Motion") (Doc. No. 24).  Consistent with the findings of fact and conclusions of law stated orally and recorded in open court pursuant to F.R.B.P. 7052 on July 13, 2011, it is

ORDERED:

1. The debtor's motion to dismiss (Doc. No. 24) is granted.

2. This case is dismissed.

3. The Court reserves jurisdiction to determine sanctions, fees, and costs, on the debtor's Motion to Refer Matter to US Attorney for Fraud on the Court, Perjury and Bankruptcy Crimes (Doc. No. 48) and the Motion for Sanctions for Violation of the Automatic Stay of 11 USC Sec 362 (Doc. No. 49).

4. The Clerk is directed to keep this case open until all pending matters are resolved.

5. Parties are to complete discovery by **January 20, 2012**.

6. A final evidentiary hearing on the debtor's Motion to Refer Matter to US Attorney for Fraud on the Court, Perjury and Bankruptcy Crimes (Doc. No. 48), the Motion for Sanctions for Violation of the Automatic Stay of 11 USC Sec 362 (Doc. No. 49), and any other pending issue is scheduled for **February 2, 2012, at 10:00 a.m.** at the United States Bankruptcy Court, 5th Floor, Courtroom B, 135 W. Central Blvd., Orlando, Florida  32801.

DONE AND ORDERED in Orlando, Florida, on November 7, 2011.

*Karen S. J.*

KAREN S. JENNEMANN
United States Bankruptcy Judge